1  AARON D. FORD
    Attorney General
2  MARK HACKMANN, Bar No. 16704
    Deputy Attorney General
3  State of Nevada
   Office of the Nevada Attorney General
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1227
   E-mail: mhackmann@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| ANGELO FERGUSEN, | Case No. 3:24-cv-00374-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION AND ORDER TO DISMISS** |
| JAMES DZURENDA, *et al.*, | **WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendants JAMES DZURENDA, BRIAN WILLIAMS, TASHEENA COOKE, DAVID DRUMMOND, PATRICIA HERNANDEZ, JAMES UNDERWOOD, TERRY ROYAL, RICKY MARHSALL, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mark Hackman, Deputy Attorney General, and Plaintiff, Angelo Fergusen, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of July 2025.

DATED this 15th day of July 2025.

AARON D. FORD
Attorney General

_____
ANGELO FERGUSEN #93900,
*Plaintiff, pro se*

*/s/Mark M. Hackmann*
Mark M. Hackmann, (Bar No. 16704)
*Attorneys for Defendant*

DATED this 17th day of October, 2025.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE